UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

TERRY L. BOAK,

Plaintiff,

vs.

BAYER CORPORATION, a New Jersey Corporation,

Defendant.

Case No: 02-CV-71 ADM/AJB

ORDER GRANTING PLAINTIFF'S MOTION TRANSFER CASE TO PROPER JURISDICTION

Having read Plaintiff's Notice of Motion and Motion to Transfer Case to Proper Jurisdiction, and having reviewed all papers on file herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Transfer Case to Proper Jurisdiction is granted and the above-captioned case is to be transferred to the United States District Court, Western District of Wisconsin.

Dated: Jan. 29, 2002

HONORABLE ANN D. MONTGOMERY
JUDGE OF THE UNITED STATES DISTRICT COURT

JAN 2 9 2002
CLERK
JUDGMENT ENT'D
DEPUTY CLERK